

FILED
OCT 30 2009

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

Timothy Doop, 31589,
      Plaintiff,

CIV 09-4158

vs.

Douglas L. Weber, Warden;
South Dakota Department of
Corrections;
      Defendant.

COMPLAINT

I.   PREVIOUS LAWSUITS

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )  No (X)

    B.   If your answer to "A" is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.   Parties to this previous lawsuit:

            Plaintiffs __NONE_____

            Defendants __NONE_____

        2.   Court (if federal court, name the district; if state court, name the county) __NONE_____

        3.   Docket number __NONE_____

        4.   Name of Judge to whom case was assigned __NONE_____

        5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __NONE_____

        6.   Approximate date of filing lawsuit __NONE_____

        7.   Approximate date of disposition __NONE_____

(1)

II.  PLACE OF PRESENT CONFINEMENT: SOUTH DAKOTA STATE PRISON
SIOUX FALLS, S.D. 57117

    A.  Is there a prisoner grievance procedure in this institution? Yes (✗)  No ( )

    B.  Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✗)  No ( )

    C.  If your answer is yes,

        1. What steps did you take? Filed Informal Resolution; then filed Request for Addministrative Remedy.

        2. What was the result? DENIED.

    D.  If your answer is no, explain why not _____

    E.  If there is no prison grievance procedure in the in the institution, did you complain to prison authorities? Yes (✗)  No ( )

    F.  If you answer is yes,

        1. What steps did you take? I beged the officals to keep me safe from these inmates that had attacked me.

        2. What was the result? They said that they had sent the 7 inmates to Jamison Anix Prison, and put a restaining order against them.

III. PARTIES

    In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A.  Name of Plaintiff Timothy Doop, DOC.#31589
        Address P.O.Box 5911, Sioux Falls, S.D. 57117-5911

    In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

    B.  Name of Defendant Douglas L. Weber who is employed as Warden at South Dakota State Prison

(2)

III. Parties (And Capacities: OFFICAL(#), INDIVIDUAL(#), OR PERSONAL (#) )*

C. Additional Defendants (continued)

Defendant No. 1  +++++++++   Douglas L. Weber, Warden:
                             S.D.S.P.
                             P.O.Box 5911
                             -Sioux Falls S.D.57117

Defendant No. 2              Jenny Wagner Natives Afairs
                1600 N. Drive    S.D.S.P.
                Sioux Falls, S.D.   P.O.Box 5911
                57104               Sioux Falls,S.D.57117

Defendant No. 3              Troy Ponto Sectary Corrections
                1600 N. Drive    S.D.S.P.
                Sioux Falls,S.D.    P.O.Box 5911
                57104               Sioux Falls,S.D.57117

Defendant No. 4              C.O. Terry Reisner
                1600 N. Drive
                Sioux Falls,S.D.
                57104

Defendant No. 5              The Seven Unknown Inmates
                1600 nN. Drive    S.D.S.P.
                Sioux Falls,S.D.  P.O.Box 5911
                57104             Sioux Falls,S.D.57117

Defendant No. 6  South Dakota Department Of Corrections
                1600 North Drive
                Sioux Falls,S.D.
                57104

Please attach additional sheets if necessary.

C. Additional Defendants <u>South Dakota Department of Corrections,</u>

## IV. STATE OF CLAIM

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

Continue From #1V.State of Claim: Page 3. Subpage 1,2,&3.

## V. RELIEF

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Continue From #V. Relief: Page3. Subpage 1.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this <u>28</u> day of <u>October</u>, 19 <u>2009</u>

_Timothy Doop #31589_
Signature of Plaintiff

(9/96)

(3)

"UNITED STATES DISTRICT COURT"

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

"42 U.S.C.§ 1983 COMPLAINT"

#1. Answered first page:Page 1.

#11. F. Yes I told the officals, the authorities. Page 2.

    1. I told the officals about the threat that I was under, the fear of my being attacked, and the word that was going around that I was going to be jumped.
    I am a big person, I didn't want to look meek, or beeten, or afrade, so I was just trying to whach out for myself.

    The officals said that they couldn't move me to the bottom tier, without the Warden's permision.
    So they went to the Warden Weber, to ask his permision to move me to the bottom tier, which is the Flag tier.

    The Warden Weber's answer was NO, he can not move.

    #2. They did nuthing, and just stoud back and did nuthing to help me, or do anything at all.

#111. Parties: Page 2.
    B. Defendants: South Dakota Department of Corrections; Douglas L. Weber, Warden;
  Sectary Troy Ponto;  Jenny Wagner, Native afairs;
  C.O. Riesner,

Page 1of7

"42 U.S.C. § 1983 Complaint"

#V. Relief: Page3. Subpage 1.

    I want to feel safe and be safe from attacks like what had happened to me.

    I wish to do my life centence with as much security, and humanity as posible here. Thats all!

    I beleave that there should be some kind of monitory value astablished here as well.

    Like the inmates that did jump me;
There should be a $ dollor figure put on this.

    Like the guards that said to me, and the Warden, that said that there was nuthing that they could do to help me.

    There should be a $ dollor figure as well.

    Then the Warden Douglas L. Weber, he said NO don't move him, and he told the guards to do nuthing, like he new that something was going to happen.

    There should be a $ dollor figure on that for sure here.

    I beleave that a dollor figure of about $35,000.00 would be in line here sir.
    Please here my plee.

                      Thank You Truly

Dated _28_ Day of _October_ 2009.

                    /s/ _Timothy Doop #31589_
                    Timothy Doop, DOC.#31589
                    S.D.S.P.
                    P.O.Box 5911
                    Sioux Falls,S.D.57117-5911
                    Plaintiff, Pro se.

"42 U.S.C.§ 1983 Complaint"

#1V. State of Claim: Page 3. Subpage 1.

Prior to the 18th of October, 2007, I had complained to the DOC. Staff officals, like CO. Riasner Jenny Wagner, and Sec. Troy Ponto, at time he was the Unit Manager of East Hall, at the South Dakota State Prison, then Douglas L. Weber, Warden; and the 7 Unknown Inmates, that is in Jamison Anix, I asked if I could be moved down to flag tier, that would make me feel a little bit safer at least, but the Warden said NO.

Ihad this fear that I was going to be jumped and assaulted.

I also heard little things that I was about to be assaulted soon.

On the 18th of October, 2007, I came out of my cell on the 3ed tier, in East Hall, North side, at the South Dakota State Prison, Sioux Falls, S.D. 57117, at 11:30a.m. ring out to go to work.

I was going walking down the tier, when I was jumped around the end of the tier, and several inmateswas there.

One inmateshad a sock, and in that sock was a pad lock, and he hit me with it in the face, head, neck, shoulders, and the body.

This pad lock broke the bones in my face, around my nose, cheeks. this hurttme so bad, I was so hurt.

They: I don't know how menny there was, but they started punching me, in the head, face, shoulders, arms. body, and my legs to .

When I finly hit the floor, they started to kick me over and over again.

Sometime after that I finly past out from the pain.

The next thing that I new, that I reamembered, is the inmates that was all around me, and the guards also.

The took me to the Health Services Department for treatment then.

#1V. State of Claim: Page 3. Subpage 2.

The nures seen how bad I was badly hurt, So the sent me to the Emerg the Emergency Room Department, at the Avara McKinna Hospital, here in Sioux Falls, S.D.,

The Ambulance finly showed up, it took so long, or it felt that way to me.

When I got to the Emergency Room, at the Hospital, the nurses was all over me like crazy.

They did such a good job on me, I felt well treated, they even wanted to keep me longer, when the prison officals said NO send him back to the prison.

I am supplying the medical records from the hospital, and the Health Services Department, here at the prison, and my stay at the Infurmery, down at Jamison Anix, here at the prison.

Then I was sent up to West Hall, here at the Hill, s.d.s.p.,

They could have sent me over to West Hall, along time ago, and maybe, none of this would have ever happened to me, at all if the officals, the guards, the Warden Weber, Troy Ponto, jenny Wagner, CO Riesner if they would have lissioned to me, to all the other peaple that new. But NO they didn't.

I have this fear, that I that I have now. This fear is like when I see a bunch of inmates to gether, I start to sweat, and I get afrade all over again. WOW!

I want to run away, its allways the same here, it never changes for me.

I have the rest of my life to go through this here sir.

I can only hope, that the court will here my plee here.

Page 4 of 7

#IV. State of Claim: Page 3. Subpage 3.

I feel the safest, here in my cell now.

I try toigo to the Chapel, Native Americans meetings every once and awhile though.

I beleave that under the Federal, 42U.S.C.§ 1997e(e).(2000). I have proven the Emotional and Mental, and Cruel and Unusual Punishment sections of the 1997 clouse. Or I hope so.

I beleave that shows the violation of my Eighth and my Fourteenth Amendments, Tort Law Claim for Cruel and Unusual Punishment.

I beleave that shows, maybe the (PLRA) is the stance of this claim a claim as well sir.
This is the Tort Claim of the Mental claim here.

So becouse of the statements within, I beleave the 1997 case is provable here  Your Honer.

I also beleave that under the Civil Rights Act of 1871 this is under the United States Constitutions§1983 the Fourteenth Amendment to be free from Assaults/there Failure to protect, which is under my Eighth Amendment also.

I do have a Mentel Disability, so I beleave that mite have had something to do with why I was jumped as I was.

So I beleave that the "Americans With Disabilities Act" under the 42 U.S.C. §§ 12101-12213-12213 (2000). This is a case for the rights of prisoners with disabilities act of 1973, is aplied here.

Also 28 U.S.C.§ 1346(b).(2).(2000). The Stress, the Fear that I go through every day of my life now, and it will be that way probably for the rest of my life sir.

And the Phychological injuries, and the damage that has been done to me in my head now, and will probably be that way for the rest of my life.

"42 U.S.C.§ 1983 Complaint"

My Plee To The Court:

    I really beleave that there is substandual grounds for this complaint here Your Honer.

    The blatent disregard for my safety, and my Constitutional Rights, that I beleave has been violated here, such as the Eighth and the Fourteenth Amendments.

    Becouse they, the officals, new by me telling them, that I was in danger, I felt unsafe, I new I was about to be jumped soon.

    And the word that was going around that I was about to be jumped, but they did nuthing to help me , to help keep me safe from being assaulted, and protect me from assaults.

    And the degree of the Physical Assault that I had went through, was more then severe, it was astouding in deed.

    So intence it really was sir, that some one should have to pay for this

    And the Mental and the Emotional termoil that I have gone, still, goes through every day of my life.

    The fear, that I live through, and still do live through every day of my life here Your Honer.

    I Hope, I Pray, That the court, will here my plee, and grant me my motion, and alow my case to go forword here.

    Thank You Truly

Dated 28 Day of October 2009.

/s/ Timothy Doop #31589
Timothy Doop, DOC.#31589
S.D.S.P.
P.O.Boxx5911
Sioux Falls, S.D. 57117-5911
Plaintiff, Pro se.

"42 U.S.C.§ 1983 Complaint"

My statement about the statute of limatations in this case:

I beleave that this case should go forword becouse of the sevearity of this claim here sir.

That the statute of limatations should be waived in this case becouse of the cruelity of the phyical injury that was suffered to my person, and my mental injury that I sustaind in this assault that I had gone through here.

And I couldn't get no one to take this case, and help me to bring this case forword here sir, and no outside attorney, wanted to take this case on without at least $5,000.00 dollors paied up front, before they would take the case on.

My mother, and I could not really do that Your Honer.

Then the inmates that take on Legal work here in the prison, wouldn't take this case on without nuthing less then $250.00 dollors, on be deposited in an account outside the prison, and maybe some payments of some of the remander then.

I just couldn't do this, or my mother, either sir.

So I had to face it, I had to learn all that I could learn, from the Library Law Section, of the library.

I had my mother to order and purchase a book clled a "JAILHOUSE LAWYERS HAND BOOK", that I have found of great help.

I am sorry, that all this has taken so long here sir.

Please: don't let my Ignorence from keeping this case from being aloud to go forword here sir.

This I beg of you, please alow my case to come forword.

Dated 28 Day of October 2009.

/s/ Timothy Doop #31589
Timothy Doop, DOC.#31589
S.D.S.P.
P.O. Box 5911
Sioux Falls, S.D. 57117-5911
Plaintiff, Pro se.

"Insert for State and Federal Civil Rights Laws & Torts"

#1. Fletcher vs. Coney Island Inc. 165 Ohio St. 150-59, Ohio Op. 212, 134, N.E. 2d. 371 (1956). This gives the person the rights to recover a forfeiture and a penalty in a Specified Amount from the violator of the State or Federal Civil Rights Statute.

#2. The Jackson vs. Concord Co., 54N.Y. 113, 253, A.2d. 793 (1969). This section also gives the right to recover damages.

#3. Trujillo vs. Northern Rio Arriba Elec. Co-op Inc. 2002-NMSL-004, 131, N.W. 607, 41 P. 3d. 333 (2001). For damages and forfeitures and Penalties:

To recover Damages and Penalties: Use this Law.
Burks vs. Poppy Const. Co. 57 Cal. 2d. 463, 20 Cal. Rptr. 609, 370, P. 2d. 313 (1962).

Your Eighth Amendment Protection under Cruel and Unusual Punishment.

Recent Cupreme Court cases have emphasized "Threats to Prisoner" and Health and Safety, such as cnditions that show and "Pose an unreasonable risk of Serious Damages to personers and there Futhure Health." This case is:

Helling vs. Mckinney, 509, U.S. 25, 35, 1135. Ct. 2475, 2481, 125L. Ed. 2d. 22, 32, (1993). And this case Law:

Farmer vs. Brennan, 511 U.S. 825, 839-43, 1145. Ct. 1980-82, 1976, 128L. Ed. 2d. 811, 826-29, (1994). This is a "Deliberate Indifference", which means that the officals did have acual Knowledge, that they was subjecting you to an Excessive risk of Harm, of an Unconstitutional act or conditions like the attacks here.

Williams vs. Cook County, No. 96L. 5263, 1997 WL. 779075, at *3. (N.D. 111. Dec. 12th, 1997). (Holding allegations that the Plaintiff sustained "Injuries to the head, Shoulder, Arms, Body, and Legs," "Then surgery to the face and plates put in, from the Physical Assault,' this dose Meet Notice Pleading Requirements,"). Becouse of the "Physical Injury" that had occured here.

"Then what is Physical Injury?"
Must mean more then "de minimis", to meet the §1997e(e).. requirements.

Page 1 of 3

"Insert of State and Federal Civil Rights Law and Torts".

Sigiar vs. Hightower, 112.F. 3d. 191, 193, (5th Cir. 1997). (Note: Not significant when inmate didn't visit the Infirmary, or the Hospital, and Suffered no damages after the attack. "You did suffered damages here."

Then Dodd vs. Robinson, Civil Action No. 03-F-571-N, order at *1. (M.D. Ala. Mar. 26, 2004).

"In this case the Court held that the Damage Settlements was not subject to the requirement of direct payments of restitution orders becouse the parties had reached a private settlement agreement."

"FOR DAMAGE CLAIMS"
Davis vs. District of Columbia, 158F. 3d. 1342, 1347, (D.C. Cir. 1998). Curtailment of Damage Remedies dose not interfere with the Constistutional Right the Plaintiff seeks to enforce of equal protection scruting.

42 U.S.C.§1997e(e). (2000). (FLCA). Tort Claim.
Prisoners confined in prison; for a prisoner to file Mental and Emotional Injury suffered while in custody, you have to show with the 1997 Form, "Prior Showing of Physical Injury."

"YOUR EIGHTH AMENDMENT VIOLATION."
In Armstrong vs. Drahos, 2002,WL. 187502, at *2. (N.D.LLL. Feb. 6th, 2002). "The courts has acknowledged that persons alleging the 8th Amendment Violation," needs show NO injury other then the Violation itself." "And Assaults/Failure to Protect."

State Prisoners have the right to be free from Assaults: This is well Grounded in the Fourteenth Amendment as well.

Robinson vs. Schriro, 45F.Supp. 2d. 709, 716-20, (W.D.Mo.1999). "You have the freedom from Racial Discrimination, and your Protection Rights:"

Amaker vs. Huponik, 1999 WL. 767998, at.*7. (S.D.N.Y. Feb, 17th, 1999). Also noting that Requiring Physical Injury in all cases would make the Term,"Mental or Emotional Injury" ("SUPERFLUOUS").

"Tort Laws is the basis of the Law of Damages under:"

42 U.S.C.§ 1998 (Claims). Like:

Smith vs. Wade, 461,U.S. 30, 34, (1983).  And:

Carry vs. Piphus, 435,U.S. 247, 257-58, (1978).

Thompson vs. Carter, 284, F.3d. 411, 418, (2d.Cir. 2002).

Royal vs. Kentzky, 375, F.3d. 720, 723, (8th Cir. 2004).

Calhoun vs. Detella, 319, F.3d. 936,943,(7th Cir. 2003).

Page 2 of 3

"Insert for State and Federal Civil Rights Laws & Torts"

Noting that "orminal damages" are awarded to vindicate the rights, resulting from the injuries," and that Punitive Damages are designed to punish, and deter the wrong doers for deprivations of your Constitutional Rights,"Some courts have held that Punitive Damages are Subject to Mental or Emotional Injury."

"YOUR EIGHTH AMENDMENT CLAIM."

Cruel and Unusual Punishment Injuries resulting from Assaults: (Is Mental and Emotional Injury)." You have Physical Injury: So you can file a (PLRA), for Cruel & Unusual Punishment, and your injury was Serious in nature."

This is my statement to suport my claim of Failure to Protect and keep me free from assaults.

Please here my plees, and grant my Motion to continue.

Thank You Truly

/s/ Timothy Doop #31589
Timothy Doop, DOC.#31589
S.D.S.P.
P.O.Box 5911
Sioux Falls, S.D. 57117-5911
Plaintiff, Pro se.

Page 3 of 3