UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY DOOP, | ) | Civ. 09-4158-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| DOUGLAS L. WEBER, Warden; | ) | |
| SOUTH DAKOTA DEPARTMENT | ) | |
| OF CORRECTIONS; | ) | |
| JENNY WAGNER, Native Affairs; | ) | |
| TROY PONTO, Secretary of | ) | |
| Corrections; | ) | |
| C.O. TERRY REISNER; | ) | |
| THE SEVEN UNKNOWN INMATES; | ) | |
| MARY MONTOYA, Chapel | ) | |
| Volunteer, Native Affairs Office; | ) | |
| and CORPORAL BODDICKER; | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Granting Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff.

Dated December 2, 2010.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE